# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JUSTIN BAUM,

          Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

          Defendant.

2:15-cv-01917-APG-VCF

**MINUTE ORDER**

Before the Court are the following motions:

1. Plaintiff's Motion to Extend the Discovery Deadlines (ECF No. 23),

2. Plaintiff's Motion to Compel (ECF No. 25),

3. Defendant's Opposition to Plaintiff's Motion to Extend Discovery and Counter-Motion to Strike and for Sanctions (ECF No. 27),

4. Defendant's Opposition to Plaintiff's Motion to Compel and Counter-Motion to Compel Protective Order and to Compel Confidentiality Agreement (ECF No. 29).

IT IS HEREBY ORDERED that a hearing on the motions referenced above is scheduled for 1:00 p.m., August 17, 2016, in courtroom 3D.

DATED this 29th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE