# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JUSTIN BAUM,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*,

        Defendants.

2:15-cv-01917-APG-VCF

**ORDER**

Before the Court is Defendant's Emergency motion for protective order (ECF No. 45).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Emergency motion for protective order (ECF No. 45) must be filed on or before January 17, 2017. Any reply in support of Defendant's Emergency motion for protective order (ECF No. 45) must be filed on or before January 23, 2017.

DATED this 11th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE