**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JUSTIN BAUM,

              Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

              Defendant.

2:15-cv-01917-APG-VCF

**ORDER**

Before the Court is Defendant's Emergency Motion to Modify Court Order/(Ruling) Following Hearing on Defendant's Emergency Motion(s) for Protective Order (ECF No. 54).

No opposition has been filed and the time to file an opposition has passed.  Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem that the opposing party has consented to the granting of the instant motion.

Discovery has closed.  Nevertheless, IT IS HEREBY ORDERED that the depositions of Mr. Howard Passin and Dr. Sanghamitra Basu may be taken if they are completed on or before **April 14, 2017**.

IT IS FURTHER ORDERED that the following deadlines apply:

Dispositive motions must be filed and served on or before **May 15, 2017**.

The Joint Pre-trial Order must be filed on **June 16, 2017**.  In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

DATED this 22nd day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE