# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JUSTIN BAUM,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*,

        Defendants.

2:15-cv-01917-APG-VCF

**ORDER**

      Before the Court is Defendant's Emergency Motion for Protective Order as to Fourth Amended Notice of Taking Videotaped Deposition of Sanghamitra Basu, M.D. (ECF No. 58).

      IT IS HEREBY ORDERED that the deposition of Dr. Basu scheduled for April 13, 2017 is stayed, pending further order of the Court.

      DATED this 10th day of April, 2017.

                                              _____
                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE